# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2006

132217
& (13)
(14)
(15)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GRAND TRUNK WESTERN
RAILROAD INCORPORATED,
       Plaintiff-Appellant,

v

37TH CIRCUIT COURT JUDGE,
       Defendant-Appellee.

SC: 132217
COA: 273411

_____/

On order of the Court, the motions for immediate consideration, to waive the filing of the transcript, and for stay of trial court proceedings in *Kemperman v Canadian National RR* (Docket No. 04-4370-NO) and *O'Connell v Canadian National RR* (Docket No. 04-4372-NO) are GRANTED. The application for leave to appeal the October 4, 2006 order of the Court of Appeals remains pending.

WEAVER, J., dissents and states as follows:

I would deny the stay and deny the application for leave to appeal because I see no reason to delay proceedings in this matter, depriving the parties prompt adjudication and unnecessarily wasting justice system time and resources by delaying and having to reschedule the trials.

CAVANAGH and KELLY, JJ., join the statement of WEAVER, J.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2006

                            Clerk

11009